[No. 22144–2–I.   Division One.   December 11, 1989.]

DENNIS E. APLAND, *Appellant,* v. GROUP HEALTH
COOPERATIVE OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–03850–9, Anne L. Ellington, J., entered
January 29, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Grosse, A.C.J., and Scholfield,
J.

[No. 21662–7–I.   Division One.   December 11, 1989.]

CLAIR J. PIERCE, *Respondent,* v. THE DEPARTMENT
OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–10266–5, Nancy A. Holman, J., entered
December 23, 1987. *Reversed* by unpublished per curiam
opinion.

[No. 20964–7–I.   Division One.   December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN K.
COLBY, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 86–1–01120–4, Stuart C. French, J.,
entered September 11, 1987. *Affirmed* by unpublished
opinion per Winsor, J., concurred in by Swanson and
Scholfield, JJ.

[No. 22593–6–I.   Division One.   December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS R.
ROSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88–1–00197–3, Paul D. Hansen, J.,
entered August 11, 1986. *Reversed* by unpublished opinion
per Scholfield, J., concurred in by Swanson and Winsor, JJ.